James J. Sullivan, Respondent, v. David M. Ollendorf, Appellant. Isidor Benjamin, Defendant.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Elizabeth A. Ullrich, as Administratrix, etc., Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Westchester Trust Company, as Executor, etc., Respondent, v. Helen W. Condon and Others, Appellants.— Motion denied, without costs, without prejudice to an application by the guardian *ad litem* to amend the notice of appeal. The court will entertain an application for advancement of the argument of the appeal if deemed proper by the parties. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Gunwald Aus, Respondent, v. Daniel E. Wing, Appellant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

Samuel Broadbent, Respondent, v. New York Evening Journal Publishing Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in refusal to charge as requested at folio 596 of the record on appeal. Jenks, P. J., Burr, Carr and Rich, JJ., concurred; Thomas, J., dissented.

William F. Connell, Respondent, v. Louis V. Heydenreich and Others, Appellants.— Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce said judgment to the sum of $4,041.60, exclusive of the taxed costs and disbursements, in which event the judgment as so modified is unanimously affirmed, without costs of this appeal. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Kittie Downer, Respondent, v. Matilda Sussman, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Delos Griffin, Appellant, v. Mary K. Griffin and Charles D. Millard, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Adeline Hoffman, Appellant, v. Bank of Coney Island and Others, Respondents, Impleaded with Charles B. Law, Sheriff of Kings County.— Order modified so as to confine the examination of plaintiff before trial to the issues raised by the affirmative defenses pleaded in the answer, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Illinois Surety Company, Plaintiff, v. Francesco Santomassimo and Others, Respondents, Impleaded with John Ansani, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of James A. Bell, Appellant, for a Peremptory Writ of Mandamus Directed to Charles S. Devoy, Clerk of the County of Kings, Respondent.— Order affirmed, with ten dollars costs